

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 20, 2022

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Bakare Doukoure, et al.,* **22 Mag. 5882**

Dear Judge Krause,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

                                 Very truly yours,

                                 DAMIAN WILLIAMS
                               United States Attorney

by: _____
      Benjamin A. Gianforti
      Assistant United States Attorney
      (646) 856-5190

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: July 20, 2022