# Goldman & Associates

190 E. 161st Street
Bronx, NY 10451

B: (718) 538-5743
F: (347) 862-6408

attorneystevengodman@gmail.com
www.goldmancriminaldefense.com

July 28, 2022

Via E-mail and ECF

The Honorable Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/22

Re: US v. Bakare Doukoure,   22 Mag. 5882

Dear Judge Davison,

I am writing to respectfully ask that the deadline for Mr. Doukoure to secure two financially responsible co-signers on his bond be extended until August 1, 2022. As background, on July 21, 2022, Mr. Doukoure was charged with conspiracy to commit mail fraud, mail fraud and identity theft. At his initial presentment, the Honorable Andrew Krause released Mr. Doukoure on an unsecured bond in the amount of $50,000, which was to be co-signed by two financially responsible individuals within one week. Mr. Doukoure has identified two family members who have agreed to sign the bond, one of whom has been screened, interviewed and approved as "financially responsible" by the Government. We are waiting for the second person to be screened, interviewed and hopefully approved by the Government. It is our belief that this should be accomplished by Monday, August 1. Under these circumstances, I ask that the <u>deadline be extended until August 1, 2022</u>. I have communicated with AUSA Benjamin Gianforti, and he consents to this request.

Sincerely,

Steven Goldman

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.

7/29/22